IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| BBCN Bank as successor to Foster Bank, | ) ) | |
| Plaintiff, | ) ) | Case No: 3:15 cv 50014 |
| v. | ) ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| BS Plus Two Corp., et al. Defendants. | ) ) | |

## ORDER

     Motion hearing held on 11/17/2015. Defendants were not present. It is this Court's Report and Recommendation that the plaintiff's motion for default judgment [23] be granted. This Court also makes the Report and Recommendation that the plaintiff's motion to appoint a special commissioner [25] be granted and that the district court appoint a special commissioner in accordance with this district court's customary practice. Any objection to this order must be filed by 12/4/2015. Failure to object may constitute a waiver of objections on appeal. See *Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

(:02)

Date: November 17, 2015                        /s/ Iain D. Johnston
                                                      U.S. Magistrate Judge