IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| BBCN Bank as successor to Foster Bank, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 15 C 50014 |
| vs. | ) ) | |
| BS Plus Two Corp., et al., | ) ) | Judge Philip G. Reinhard |
| Defendants. | ) | |

## ORDER

    On 11/17/2015, Magistrate Judge Johnston entered a report and recommendation [28] that plaintiff's motion [23] for default judgment and motion [25] to appoint a special commissioner be granted. No timely objection has been filed. The court has reviewed the record and accepts the report and recommendation. Plaintiff's motions [23] [25] are granted. Defendant Dong Hwa Shin was not served with process and is dismissed without prejudice. Judgment of foreclosure is entered in favor of plaintiff and against the remaining defendants. See Judgment of Foreclosure and Sale entered separately. Judicial Sales Corporation is appointed special commissioner for the purposes of conducting a public foreclosure sale pursuant to the terms of the Judgment of Foreclosure and Sale.

Date: 12/07/2015                          ENTER:

                                                               _____
                                                               United States District Court Judge

                                                                              Electronic Notices. (LC)